**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00280-WDM-PAC

WASIM G. MANASFI,

Plaintiff

v.

JOHN MALONE;
ROBERT BENNETT,
GARY HOWARD,
CARL VOGEL, and
KENNETH CARROLL

Defendants.

_____

**ORDER**
_____

In this securities litigation, the matter before the Court is the Joint Motion Of All Defendants To Enforce Automatic Stay ("Motion to Stay"), Doc. # 10.  Being fully advised in the premises, the Court determines that good cause exists for the granting of such motion in its entirety due to defendants' filing of a joint motion to dismiss and the automatic stay provision of the Private Securities Litigation Reform Act, at 15 U.S.C. §78u-4(a)(1).  Accordingly, the Court ORDERS that the Motion to Stay, Doc. # 10 is GRANTED.  It is further ORDERED that all proceedings in this matter are stayed until the Court rules on the Joint Motion of All Defendants to Dismiss Complaint, filed on April 20, 2006, or until further order of the Court.

DATED this 20th day of April 2006.

BY THE COURT:
s/Patricia A. Coan

Patricia A. Coan, Magistrate Judge